**E-FILED**
Friday, 13 May, 2005  12:16:18 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 98-10048-001 |
| | ) | |
| DEBORAH ROBINSON, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| SHADOW RIDGE REALTY, | ) | |
| | ) | |
| Garnishee. | ) | |

## APPLICATION FOR WRIT OF CONTINUING EARNINGS GARNISHMENT

Plaintiff, United States applies, pursuant to 28 U.S.C. § 3205, for a Writ of Continuing Earnings Garnishment upon the Judgment for criminal monetary penalties against DEBORAH ROBINSON in the amount of $56,938.24 consisting of $50.00 special assessment and $56,888.24 on which 4.616% interest has been accruing since the defendant was first liable for interest, whose Social Security Number is xxx-xx-6540  and whose last known address is in Vista, CA.

1. The Judgment is in the amount of $56,938.24.  The sum of $50.00 has been credited to the Judgment debts, leaving a total restitution balance due of $73,816.69 ($56,888.24 principal and $16,928.45 interest) as of May 13, 2005 .

2. The United States demanded payment from the defendant; at least 30 days has elapsed since the demand; and the defendant has not paid the amount due.

3. The garnishee is believed to have property of the defendant being wages, salaries, commissions, and/or bonuses.  A portion of this property, that is 25% of the weekly disposable

2

earnings each week or the amount by which the disposable earnings exceeds 30 times the federal

minimum hourly wage, whichever is less, is a nonexempt interest of the defendant's pursuant to

federal law.

4.  The name and address of the Garnishee or authorized agent is:

Shadow Ridge Realty
Mr. David Passmore, Owner
1580 S. Melrose Drive Suite 113
Vista, CA 92083

**WHEREFORE**, the United States requests that the Clerk of the Court issue a Writ

requiring the garnishee to:  (1) file an answer and (2) withhold the defendant's nonexempt

interest in the wages, salaries, commissions and/or bonuses pending further order of this Court.

Respectfully submitted,

**JAN PAUL MILLER**
**UNITED STATES ATTORNEY**

May 13, 2005

s/ Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
email: beth.collins@usdoj.gov

3

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **APPLICATION FOR WRIT**

**OF CONTINUING EARNINGS GARNISHMENT and PROPOSED WRIT**

**ORDER**, has been made by placing in the United States mail, postage paid, addressed to:

Deborah Robinson
1580 S. Melrose Drive Suite 113
Vista, CA 92081

Shadow Ridge Realty
Mr. David Passmore, Owner
1580 S. Melrose Drive Suite 113
Vista, CA 92083

DATE: May 13, 2005

s/ Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217/492-4450
Fax: 217/492-4888
email: beth.collins@usdoj.gov

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 98-10048-001 |
| | ) | |
| DEBORAH ROBINSON, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| SHADOW RIDGE REALTY, | ) | |
| | ) | |
| Garnishee. | ) | |

# O R D E R

The United States has applied for a Writ of Continuing Earnings Garnishment; and it appears to the Court that the requirements of 28 U.S.C. § 3205 are met and the proposed Writ conforms to the requirements of 28 U.S.C. § 3205(c)(2).

**THEREFORE IT IS ORDERED** that a Writ of Continuing Earnings Garnishment submitted by the government shall be issued.

_____
UNITED STATES DISTRICT JUDGE

**ENTERED:** This ____ day of _____, 2005.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 98-10048-001 |
| | ) | |
| DEBORAH ROBINSON, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| SHADOW RIDGE REALTY, | ) | |
| | ) | |
| Garnishee. | ) | |

## WRIT OF CONTINUING EARNINGS GARNISHMENT

**TO:   Shadow Ridge Realty**
**Mr. David Passmore, Owner**
**1580 S. Melrose Drive Suite 113**
**Vista, CA 92083**, Garnishee.

1.   An Application for Writ of Continuing Earnings Garnishment against the property of DEBORAH ROBINSON, defendant, has been filed with this Court.  A Judgment has been entered against this defendant, whose last known address is in Vista CA, for criminal monetary penalties consisting of a 50.00 special assessment and $56,888.24 on which 4.616% interest has been accruing since the defendant was first liable for interest.  The restitution balance due on the Judgment is $73,816.69 consisting of $56,888.24 principal and $16,928.45 interest as of May 13, 2005.

2.  The United States is represented by Elizabeth L. Collins, Assistant United States Attorney, 318 S. 6th St., Springfield, Illinois 62701.

2

3.  You are required by law to answer in writing, under oath, within ten days, whether or not you have in your custody, control or possession, any property of the defendant, being nonexempt disposable earnings.

4.  The answer shall include a description and the value of the defendant's nonexempt disposable earnings, a description of any previous garnishments to which defendants earnings are subject and the extent to which any remaining earnings are nonexempt, and, the amount of the debt (earnings) the garnishee anticipates owing to the defendant in the future and whether the period for payment will be weekly or and the specified period.

5.  The original answer of the garnishee shall be filed with the Clerk of the U.S. District Court at 100 N.E. Monroe, Rm 309, Peoria, Il 61602, with a copy mailed to the defendant and the United States Attorneys Office, Financial Litigation Unit,  at 318 S. 6th St., Springfield, Il 62701.

6.  You are required to withhold and retain pending further order any of the defendant's nonexempt disposable earnings being 25% of the weekly disposable earnings each week or the amount by which the disposable earnings exceeds 30 times the federal minimum hourly wage, whichever is less, which you are now, or may in the future, become indebted to the defendant.

_____
JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

**DATED:** _____

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   NO. 98-10048-001 |
| | ) |
| DEBORAH ROBINSON, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| SHADOW RIDGE REALTY, | ) |
| | ) |
| Garnishee. | ) |

**CLERK'S NOTICE OF POST-JUDGMENT**
**CONTINUING EARNINGS GARNISHMENT**

**N O T I C E**

You are hereby notified that nonexempt disposable earnings are being taken by the United States Government which has a Court Judgment in this case in the amount of $56,938.24 for a $50.00 special assessment and $56,888.24 restitution on which 4.616% interest has been accruing since you were first liable for interest. A restitution balance of $73,816.69, including interest, remains outstanding as of May 13, 2005.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if DEBORAH ROBINSON, can show that the exemptions apply. Below is a summary of exemptions which apply:

The federal law limits earnings garnishments to the lessor of 25% of the disposable earnings (total earnings minus legally required deductions) or the amount by which disposable earnings exceed 30 times the federal minimum wage ($5.15 per hour x 30 = $154.50 per week).

If you are Defendant DEBORAH ROBINSON, you have a right to ask the Court to return your property to you if you think the property the Government is taking qualifies under one of the above

2

exemptions or; in the case of a default judgment, you think you do not owe the money to the United States Government that it says you do.  If you want a hearing, you must notify the Court within 20 days after you receive this notice.  You must make your request in writing, and either mail it or deliver it in person to the Clerk of the U.S. District Court at 100 N.E. Monroe, Rm 309, Peoria, Illinois 61201.  If you wish, you may use this notice to request the hearing by checking the appropriate boxes in the "Objection to Garnishment and Request for Hearing" at the end of this Notice and mailing this notice to the Court Clerk.  You must also send a copy of your request to the United States Government at the United States Attorney's Office, Attention Financial Litigation Unit, 318 S. 6th St., Springfield, IL 62701, so the Government will know you want a hearing.  The hearing will take place within five days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the Court why you believe the property the Government has taken is exempt or, for a default judgment, why you think you do not owe the money to the Government.  If you do not request a hearing within 20 days of receiving this Notice, your nonexempt disposable earnings may be taken from your wages and applied to the debt you owe the Government.

If you think you live outside the Federal judicial district in which the Court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the Court to the Federal judicial district in which you reside.  You must make your request in writing, and either mail it or deliver it in person to the Clerk of the U.S. District Court at 100 N.E. Monroe, Rm 309, Peoria, Illinois 61602.  You must also send a copy of your request to the Government at the U. S. Attorney's Office, Attention Financial Litigation Unit, 318 S. 6th St., Springfield, IL 62701, so the Government will know you want the proceeding to be transferred.

3

Be sure to keep a copy of this Notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court. The Clerk is not permitted to give legal advice, but can refer you to other sources of information.


_____
JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT


**DATED:** _____

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 98-10048-001 |
| | ) | |
| DEBORAH ROBINSON, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| SHADOW RIDGE REALTY, | ) | |
| | ) | |
| Garnishee. | ) | |

## OBJECTION TO GARNISHMENT AND REQUEST FOR HEARING

☐ I object to the garnishment of my earnings and request a hearing.

☐ Within 5 days after the Clerk receives this request  for hearing.

☐ As soon as possible, but may be later than 5 days.

**The reason I object to the Garnishment is:**

☐ I do not owe the government the money.

☐ The earnings are exempt because: _____

☐ Other (state Reasons).

The statements made in this objection are made and declared under penalty of perjury that they are true and correct.  I have mailed a copy of this Objection to the United States and to the Garnishee.

_____
DATE

_____
_____
_____
NAME AND ADDRESS

_____
TELEPHONE NUMBER