E-FILED
Monday, 16 May, 2005  02:04:11 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 98-10048-001 |
| ) | |
| DEBORAH ROBINSON, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| SHADOW RIDGE REALTY, ) | |
| ) | |
| Garnishee. ) | |

### WRIT OF CONTINUING EARNINGS GARNISHMENT

TO:  Shadow Ridge Realty
     Mr. David Passmore, Owner
     1580 S. Melrose Drive Suite 113
     Vista, CA 92083, Garnishee.

1. An Application for Writ of Continuing Earnings Garnishment against the property of DEBORAH ROBINSON, defendant, has been filed with this Court. A Judgment has been entered against this defendant, whose last known address is in Vista CA, for criminal monetary penalties consisting of a 50.00 special assessment and $56,888.24 on which 4.616% interest has been accruing since the defendant was first liable for interest. The restitution balance due on the Judgment is $73,816.69 consisting of $56,888.24 principal and $16,928.45 interest as of May 13, 2005.

2. The United States is represented by Elizabeth L. Collins, Assistant United States Attorney, 318 S. 6th St., Springfield, Illinois 62701.

2

3. You are required by law to answer in writing, under oath, within ten days, whether or not you have in your custody, control or possession, any property of the defendant, being nonexempt disposable earnings.

4. The answer shall include a description and the value of the defendant's nonexempt disposable earnings, a description of any previous garnishments to which defendants earnings are subject and the extent to which any remaining earnings are nonexempt, and, the amount of the debt (earnings) the garnishee anticipates owing to the defendant in the future and whether the period for payment will be weekly or and the specified period.

5. The original answer of the garnishee shall be filed with the Clerk of the U.S. District Court at 100 N.E. Monroe, Rm 309, Peoria, Il 61602, with a copy mailed to the defendant and the United States Attorneys Office, Financial Litigation Unit, at 318 S. 6th St., Springfield, Il 62701.

6. You are required to withhold and retain pending further order any of the defendant's nonexempt disposable earnings being 25% of the weekly disposable earnings each week or the amount by which the disposable earnings exceeds 30 times the federal minimum hourly wage, whichever is less, which you are now, or may in the future, become indebted to the defendant.

s/ John M. Waters
JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

DATED: 5/13/05

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 98-10048-001 |
| DEBORAH ROBINSON, | ) ) ) | |
| Defendant, | ) ) | |
| SHADOW RIDGE REALTY, | ) ) | |
| Garnishee. | ) | |

### OBJECTION TO GARNISHMENT AND REQUEST FOR HEARING

☐ I object to the garnishment of my earnings and request a hearing.

☐ Within 5 days after the Clerk receives this request for hearing.

☐ As soon as possible, but may be later than 5 days.

**The reason I object to the Garnishment is:**

☐ I do not owe the government the money.

☐ The earnings are exempt because: _____

☐ Other (state Reasons).

The statements made in this objection are made and declared under penalty of perjury that they are true and correct. I have mailed a copy of this Objection to the United States and to the Garnishee.

_____
DATE

_____
_____
NAME AND ADDRESS
_____
TELEPHONE NUMBER