**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) COURT NO. 98-10048-001 |
| DEBORAH ROBINSON, | ) |
| Defendant. | ) |
| SHADOW RIDGE REALTY, | ) |
| Garnishee. | ) |

**A F F I D A V I T**

State of Illinois
County of Sangamon

I, James A. Lewis, Assistant U.S. Attorney, being first duly sworn, deposes and says that:

I served the Writ of Continuing Earnings Garnishment on DEBORAH ROBINSON, Defendant, on May 19, 2005, by placing the Writ in the United States mail, postage prepaid, addressed to 1580 S. Melrose Dr., Suite 1131, Vista, CA 92081, along with the following attachments:

1. Clerk's Notice of Post Judgment Earnings Garnishment.
2. Instructions to Garnishee (including Answer).
3. Instructions to the Defendant.
4. Application for Writ & Memorandum of Law
5. Order of Writ.

                    s/James A. Lewis
By:   James A. Lewis, NC Bar No. 5470
       Attorney for Plaintiff
       United States Attorney's Office
       318 S. 6th Street
       Springfield, IL 62701
       Phone: 217/492-4450
       Fax: 217/492-4888
       E-mail: Jim.Lewis2@usdoj.gov

Pursuant to Title 28, Section 1746, I, James A. Lewis, Assistant U.S. Attorney, declare under penalty of perjury that the foregoing is true and correct.

DATED:   May 19, 2005

                    s/ James A. Lewis
                    James A. Lewis, Bar No. 5470

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **A F F I D A V I T** , has been made by placing in the United States mail, postage prepaid, addressed to:

> Deborah Robinson
> c/o 1580 S. Melrose Dr., Suite 113
> Vista, CA 92081
>
> Shadow Ridge Realty
> Attn: Mr. David Passmore, Owner
> 1580 S. Melrose Drive, Suite 113
> Vista, CA 92083

May 19, 2005

|  |  |
|---|---|
| By: | s/James A. Lewis |
|  | James A. Lewis, NC Bar No. 5470 |
|  | Attorney for the Plaintiff |
|  | United States Attorney's Office |
|  | 318 S. 6th Street |
|  | Springfield, IL 62701 |
|  | Phone: 217/492-4450 |
|  | Fax: 217/492-4888 |
|  | E-mail: Jim.Lewis2@usdoj.gov |