**E-FILED**
Tuesday, 31 May, 2005  10:35:14 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 04-4083 |
| ) | |
| JOSHUA ROBERTS, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| ALLSTEEL INC, ) | |
| ) | |
| Garnishee. ) | |

**CERTIFICATE OF SERVICE**

The Writ of Continuing Earnings Garnishment and the following Documents were served upon the Garnishee by Certified Mail No. 7002 0460 0002 1843 5071 on May 16, 2005:

1. Clerk's Notice of Post Judgment Garnishment.
2. Instructions to Garnishee (including Answer)
3. Instructions to Defendant.
4. Application for Writ (including Memorandum).
5. Order of Writ.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

May 19, 2005

By:  s/James A. Lewis
James A. Lewis, NC Bar No. 5470
Attorney for the Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217/492-4450
Fax: 217/492-4888
E-mail: Jim.Lewis2@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **CERTIFICATE OF SERVICE**,

has been placed in the United States mail addressed to:

>Joshua Roberts
>Post Office Box 164
>Moscow, IA 52760-0164
>
>Allsteel Inc.
>Attn:  Payroll/Legal Department
>200 Oak Street
>Muscatine, IA 52761-0071

May 19, 2005

>          s/James A. Lewis
>By:   James A. Lewis, NC Bar No. 5470
>      Attorney for the Plaintiff
>      United States Attorneys Office
>      318 S. 6th Street
>      Springfield, Illinois 62701
>      Tel: 217/492-4450
>      Fax: 217/492-4888
>      E-mail: Jim.Lewis2@usdoj.gov