**E-FILED**
Tuesday, 31 May, 2005  11:18:00 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 98-10048-001 |
| DEBORAH ROBINSON, | ) |
| Defendant, | ) |
| SHADOW RIDGE REALTY, | ) |
| Garnishee. | ) |

## CERTIFICATE OF SERVICE

The Writ of Continuing Earnings Garnishment and the following Documents were served upon the Garnishee by Certified Mail No. 7002 0460 0002 1843 5088 on May 23, 2005:

1. Clerk's Notice of Post Judgment Garnishment.

2. Instructions to Garnishee (including Answer)

3. Instructions to Defendant.

4. Application for Writ (including Memorandum).

5. Order of Writ.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

By:  s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217/492-4450
Fax: 217/492-4888
E-mail: Beth.Collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **CERTIFICATE OF SERVICE**, has been placed in the United States mail addressed to:

>Deborah Robinson
>c/o 1580 S. Melrose Dr., Suite 113
>Vista, CA 92083
>
>Shadow Ridge Realty
>Attn: Mr. David Passmore, Owner
>1580 S. Melrose Dr., Suite 113
>Vista, CA 92083

May 31, 2005

>               s/Elizabeth L. Collins
>By:   Elizabeth L. Collins, Bar No. 487864
>      Attorney for the Plaintiff
>      United States Attorneys Office
>      318 S. 6th Street
>      Springfield, Illinois 62701
>      Tel: 217/492-4450
>      Fax: 217/492-4888
>      E-mail: Beth.Collins@usdoj.gov