UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED

AUG - 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | NO. 98-10048-001 |
| DEBORAH ROBINSON, ) | |
| Defendant, ) | |
| SHADOW RIDGE REALTY, ) | |
| Garnishee. ) | |

### ANSWER OF THE GARNISHEE

1. **IF GARNISHEE IS AN INDIVIDUAL:**

That he/she is Garnishee herein doing business in the name of _____

**IF GARNISHEE IS A PARTNERSHIP:**

That he/she is a member of a partnership in the name of _____

**IF GARNISHEE IS A CORPORATION:**

That he/she is the (State Official Title) **OWNER/MANAGER** of Garnishee, a corporation organized under the laws of the State of **CALIFORNIA**.

2. The address of the Garnishee is **1580 S. MELROSE DR. SUITE 113; VISTA CA 92081**

3 The Garnishee was served with the Writ of Continuing Garnishment on **May 23, 2005**(Date).

4. For the pay period in effect on this date of service:

    A. The garnishee owes or will owe the defendant compensation for personal services whether denominated as wages, salary, commission, bonus or otherwise and includes periodic payments pursuant to a pension or retirement programs.   **X**__ Yes __No

If yes, indicate type of compensation owed. **COMMISSION**

    B. Indicate the payment periods: __ weekly, __ bi-weekly, __ semi-monthly, __ monthly. **NOT APPLICABLE. PAID ON COMMISSION ONLY**

    C. State when the present payment period began: **AFTER 5/23/2005**(Date) and ends WHEN PAID(Date). *WHEN EARNED BASED ON SALES*

(The present pay period is the pay period in which this Order and Notice of Garnishment were served)

    D. Enter the total amount of payment due and Calculate below:

        (1) Total Payment         $ **ON 6/3/2005 PAID**

        **$12,310 COMMISSION**

        (2) Federal income tax       $_____

        (3) F.I.C.A.                 $_____

        (4) State income tax         $_____

        (5) Other required and specify   $_____

        Total of required withholdings   $_____

        Disposable earnings         $ **25% - $3078 RETAINED TO BE PAID**

**ON GARNISHMENT TO NORTHWESTERN MUTUAL LIFE**

5. Are there any previous garnishments in effect:

    <u>X</u> Yes ___ No

If the answers is yes, describe the type of garnishment, amount and when it finalizes:

**<u>GARNISHMENT ON JUDGMENT OF NORTHWESTERN MUTUAL LIFE; SAN DIEGO CASE # UNO15561 FOR $3927.64 PLUS INTEREST</u>**

6. Garnishee anticipates owing to the judgment debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |

1. $ <u>UNKNOWN COMMISSION PAYMENTS WHEN EARNED.</u>

7. If you deny that you hold property subject to this order of garnishment, or assert an exemption or set-off, check the applicable line below and state the specifics.

___ The Garnishee makes the following claim of exemption on the part of defendant: ___

_____

___ The Garnishee has the following objections, defenses, set-offs to Plaintiff's right to apply Garnishee's indebtedness to defendant upon Plaintiff's claim:

_____

___ The Garnishee is not indebted or under liability to the defendant to pay any compensation; the Garnishee did not have in his/her possession or control any property belonging to the defendant, or in which the Garnishee has an interest; and the Garnishee is in no manner liable as Garnishee in this action.

_____

8. On __7-14-05__, the Garnishee mailed a copy of this answer by first-class mail to:  _FAXED_

    (a) **Original** to:    Clerk, U. S. District Court
                                100 N. E. Monroe, Rm 309
                                Peoria, Illinois 61602

    (b) Debtor Name:    Deborah Robinson
              at:    1580 S. Melrose Drive Suite 113
                           Vista, CA 92081

    (c) the Attorney for the United States:

                      U. S. Attorneys Office
                      Financial Litigation Unit
                      318 S. 6th Street
                      Springfield, Illinois 62701

9. I declare under penalty of perjury that the above answers are true and correct. 28 U.S.C. § 1746.

Signature & Title _[signed] Pres._
(Printed Name & Title) DAVID A. PASSMORE
SHADOWRIDGE REALTY, INC.
Address 1580 So. MELROSE DR. #113
VISTA, CA 92081

Telephone: (760) 727-0077

Fax Number: (760) 727-9035

Relationshi_PRESIDENT_
(i.e. President, Treasurer, Payroll Clerk, etc.)