UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 98-10048-001 |
| DEBORAH ROBINSON, | ) |
| Defendant, | ) |
| SHADOW RIDGE REALTY, | ) |
| Garnishee. | ) |

**MOTION FOR TURNOVER ORDER**

The United States moves for an order directing **SHADOW RIDGE REALTY** to turn over to the Clerk of the U.S. District Court, Attention: Finance Department, 100 N.E. Monroe Street, Room 309, Peoria, IL 61602, all the funds withheld from the defendant's non-exempt disposable earnings being 25% of the weekly disposable earnings each week or the amount by which the disposable earnings exceeds 30 times the federal minimum hourly wage which ever is less, after current garnishment is paid, and which the garnishee is now, or may in the future, become indebted to the defendant for payment on the monetary debts of **DEBORAH ROBINSON** owed in this case and states as grounds the following.

1. A Writ of Earnings Garnishment (Doc No. 20), directed to Garnishee, has been duly issued and served upon the Garnishee and the Defendant;

2. Pursuant to the Writ of Earnings Garnishment, the Garnishee filed an Answer on August 1, 2005 (Doc No. 24), stating that he had in his possession or under

-2-

his control personal property belonging to and due Defendant, and that Garnishee would be indebted to Defendant.

    3.  Garnishee also answered that there is a previous garnishment on a judgment of Northwestern Mutual Life for $3,927.64 plus interest.  (Doc. 24 ¶ 5)  Therefore, the United States requests that the garnishee be ordered to withhold and pay over 25% of net disposable earnings as soon as the previous garnishment is paid.

    4.  The Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

                                    Respectfully submitted,

                                    JAN PAUL MILLER
                                    UNITED STATES ATTORNEY

September 7, 2005

                                  s/Elizabeth L. Collins
                                  Elizabeth L. Collins, Bar No. 487864
                                  Attorney for the Plaintiff
                                  United States Attorney's Office
                                  318 S. 6th Street
                                  Springfield, Illinois 62701
                                  Tel: 217-492-4450
                                  Fax: 217-492-4888
                                  E-mail: Beth.Collins@usdoj.gov

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 98-10048-001 |
| DEBORAH ROBINSON, | ) |
| Defendant, | ) |
| SHADOW RIDGE REALTY, | ) |
| Garnishee. | ) |

**TURNOVER ORDER FOR EARNINGS**

The Court finds that a Writ of Earnings Garnishment has been duly issued and served upon the Garnishee and the Defendant; pursuant to the Writ of Earnings Garnishment, the Garnishee filed an Answer on August 1, 2005 (Doc No. 24), stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant, that there was a previous garnishment, and that Garnishee would be indebted to Defendant; and the Defendant was notified of his right to a hearing and has not requested a hearing.

**WHEREFORE, IT IS ORDERED** that Garnishee:

(1) pay to the United States after the previous garnishment of Northwestern Mutual Life is paid, the defendant's non exempt interest in wages, salary, commissions or bonuses to the **"Clerk, United States District Court",** referencing the Court No. 98-10048-001 on the payment, and

-2-

mail it to the **Clerk, United States District Court, Attn: Finance Department, 100 N.E. Monroe, Rm 309, Peoria, Illinois 61602**;

(2) continue to withhold the Defendant's nonexempt interest in wages, salary, commissions and/or bonuses being 25% of the disposable earnings each week or the amount by which the disposable earnings exceeds 30 times the federal minimum hourly wage, whichever is less; and

(3) pay that amount monthly to the United States government until the debt is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the defendant or until further Order of this Court.

ENTERED: _____.

JOE B. MCDADE
UNITED STATES DISTRICT JUDGE

-3-

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION FOR TURNOVER ORDER, AND PROPOSED ORDER** have been placed in the United States mail addressed to:

      Deborah Robinson
      c/o 1580 S. Melrose Drive
      Suite 113
      Vista, CA 92083

      Shadow Ridge Realty
      Mr. David Passmore, Owner
      1580 S. Melrose Drive Suite 113
      Vista, CA 92083

September 7, 2005

      s/Elizabeth L. Collins
      Elizabeth L. Collins, Bar No. 487864
      Attorney for the Plaintiff
      United States Attorney's Office
      318 S. 6th Street
      Springfield, Illinois 62701
      Tel: 217-492-4450
      Fax: 217-492-4888
      E-mail: Beth.Collins@usdoj.gov