UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
SEP -8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) NO. 98-10048-001
)
DEBORAH ROBINSON, )
)
    Defendant, )
)
SHADOW RIDGE REALTY, )
)
    Garnishee. )

### TURNOVER ORDER FOR EARNINGS

The Court finds that a Writ of Earnings Garnishment has been duly issued and served upon the Garnishee and the Defendant; pursuant to the Writ of Earnings Garnishment, the Garnishee filed an Answer on August 1, 2005 (Doc No. 24), stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant, that there was a previous garnishment, and that Garnishee would be indebted to Defendant; and the Defendant was notified of his right to a hearing and has not requested a hearing.

**WHEREFORE, IT IS ORDERED** that Garnishee:

(1) pay to the United States after the previous garnishment of Northwestern Mutual Life is paid, the defendant's non exempt interest in wages, salary, commissions or bonuses to the **"Clerk, United States District Court"**, referencing the Court No. 98-10048-001 on the payment, and

-2-

mail it to the **Clerk, United States District Court, Attn: Finance Department, 100 N.E. Monroe, Rm 309, Peoria, Illinois 61602**;

(2) continue to withhold the Defendant's nonexempt interest in wages, salary, commissions and/or bonuses being 25% of the disposable earnings each week or the amount by which the disposable earnings exceeds 30 times the federal minimum hourly wage, whichever is less; and

(3) pay that amount monthly to the United States government until the debt is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the defendant or until further Order of this Court.

ENTERED: 9/8/05

s/Joe B. McDade
JOE B. MCDADE
UNITED STATES DISTRICT JUDGE