E-FILED
Friday, 16 February, 2007  01:35:26 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 98-10048-001 |
| | ) |
| DEBORAH ROBINSON, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| OCEAN HILLS REALTY, | ) |
| | ) |
| Garnishee. | ) |

**CLERK'S NOTICE OF POST-JUDGMENT
CONTINUING EARNINGS GARNISHMENT**

N O T I C E

You are hereby notified that nonexempt disposable earnings are being taken by the United States Government which has a Court Judgment in this case in the amount of $56,988.24 for criminal monetary penalties consisting of a $50.00 special assessment and $56,938.24 on which 4.616% interest has been accruing since the defendant was first liable for interest. The restitution balance on the judgment is $76,751.07 consisting of ($55,275.31 principal and $21,475.76 interest) as of February 12, 2007.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if DEBORAH ROBINSON, can show that the exemptions apply. Below is a summary of exemptions which apply:

The federal law limits earnings garnishments to the lessor of 25% of the disposable earnings (total earnings minus legally required deductions) or the amount by which disposable earnings exceed 30 times the federal minimum wage ($5.15 per hour x 30 = $154.50 per week).

2

If you are Defendant DEBORAH ROBINSON, you have a right to ask the Court to return your property to you if you think the property the Government is taking qualifies under one of the above exemptions or; in the case of a default judgment, you think you do not owe the money to the United States Government that it says you do. If you want a hearing, you must notify the Court within 20 days after you receive this notice. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at 100 N.E. Monroe, Rm 309, Peoria, Illinois 61201. If you wish, you may use this notice to request the hearing by checking the appropriate boxes in the "Objection to Garnishment and Request for Hearing" at the end of this Notice and mailing this notice to the Court Clerk. You must also send a copy of your request to the United States Government at the United States Attorney's Office, Attention Financial Litigation Unit, 318 S. 6th St., Springfield, IL 62701, so the Government will know you want a hearing. The hearing will take place within five days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the Court why you believe the property the Government has taken is exempt or, for a default judgment, why you think you do not owe the money to the Government. If you do not request a hearing within 20 days of receiving this Notice, your nonexempt disposable earnings may be taken from your wages and applied to the debt you owe the Government.

If you think you live outside the Federal judicial district in which the Court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the Court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at 100 N.E. Monroe, Rm 309, Peoria, Illinois 61602. You must also send a copy of your request to the Government at the U. S. Attorney's Office, Attention Financial Litigation Unit, 318 S. 6th St., Springfield, IL 62701, so the Government will know you want the proceeding to be transferred.

3

Be sure to keep a copy of this Notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court. The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

_____
JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

DATED: 2/16/07

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 98-10048-001 |
| | ) | |
| DEBORAH ROBINSON, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| OCEAN HILLS REALTY, | ) | |
| | ) | |
| Garnishee. | ) | |

**OBJECTION TO GARNISHMENT AND REQUEST FOR HEARING**

☐ I object to the garnishment of my earnings and request a hearing.

☐ Within 5 days after the Clerk receives this request for hearing.

☐ As soon as possible, but may be later than 5 days.

**The reason I object to the Garnishment is:**

☐ I do not owe the government the money.

☐ The earnings are exempt because: _____

☐ Other (state Reasons).

The statements made in this objection are made and declared under penalty of perjury that they are true and correct. I have mailed a copy of this Objection to the United States and to the Garnishee.

_____
DATE

_____
_____
NAME AND ADDRESS
_____
TELEPHONE NUMBER