**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 98-10048-001 |
| DEBORAH ROBINSON, | ) |
| Defendant, | ) |
| SHADOW RIDGE REALTY, | ) |
| Garnishee. | ) |

**ACCOUNTING OF EARNINGS GARNISHMENT**

The United States, pursuant to 28 U.S.C. §3205(c)(9), makes the following accounting on the Writ of Earnings Garnishment issued by this Court on May 13, 2005, (Doc No. 20):

1. Amount collected $1,612.93.

2. As of February 12, 2007, the balance remaining on the judgment is $76,751.07 consisting of ($55,275.51 principal and $21,475.76 interest).

3. This office was notified by the garnishee on February 12, 2007, that the garnishee no longer has property of the defendant because the defendant is no longer employed by the garnishee.

4. Unless the garnishee reinstates or re-employs the defendant within 90 days of dismissal or resignation this garnishment is terminated.  If the defendant is re-employed within 90 days the garnishment remains in effect.

Furthermore, within 10 days from the receipt of this accounting, the defendant and/or garnishee may file a written objection to the accounting stating the grounds for the objection, and request a hearing.

            Respectfully submitted,

            RODGER A. HEATON
            UNITED STATES ATTORNEY

February 16, 2007

            s/Elizabeth L. Collins
By:    Elizabeth L. Collins, Bar # 487864
            Attorney for Plaintiff
            United States Attorney's Office
            318 S. 6th Street
            Springfield, Illinois 62701
            Tel: 217-492-4450
            Fax: 217-492-4888
            E-mail: Beth.Collins@usdoj.gov

- 2 -

**CERTIFICATE OF SERVICE**

    It is hereby certified that service of the foregoing **FINAL ACCOUNTING** has this February 16, 2007, been made upon the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

Deborah Robinson
3504 Windriftway
Apartment 112
Vista, CA 92056-5203

Shadow Ridge Realty
Attn: Mr. David Passmore, Owner
1580 S. Melrose, Dr., Suite 113
Vista, CA 92083

s/ Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4580
E-mail: Beth.Collins@usdoj.gov