IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) COURT NO. 98-10048-001 |
| DEBORAH ROBINSON, | ) |
| Defendant. | ) |
| OCEAN HILLS REALTY, | ) |
| Garnishee. | ) |

## A F F I D A V I T

State of Illinois
County of Sangamon

I, Elizabeth L. Collins, Assistant U.S. Attorney, being first duly sworn, deposes and says that:

I served the Writ of Continuing Earnings Garnishment on DEBORAH ROBINSON, Defendant, on February 26, 2007, by placing the Writ in the United States mail, postage prepaid, addressed to 3504 Windriftway, Apt. 112, Vista, CA 92056-5203, along with the following attachments:

1. Clerk's Notice of Post Judgment Earnings Garnishment.
2. Instructions to Garnishee (including Answer).
3. Instructions to the Defendant.
4. Application for Writ & Memorandum of Law
5. Order of Writ.

By:   s/Elizabeth L. Collins
      Elizabeth L. Collins, No. 487864
      Attorney for Plaintiff
      United States Attorney's Office
      318 S. 6th Street
      Springfield, IL 62701
      Phone: 217-492-4450
      Fax: 217-492-4580
      E-mail: Beth.Collins@usdoj.gov

-2-

Pursuant to Title 28, Section 1746, I, Elizabeth L. Collins, Assistant U.S. Attorney, declare under penalty of perjury that the foregoing is true and correct.

DATED:   February 26, 2007

                                                     s/ Elizabeth L. Collins  
                                                   Elizabeth L. Collins, Bar No. 487864

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **A F F I D A V I T** , has been made by placing in the United States mail, postage prepaid, addressed to:

>Deborah Robinson
>3504 Windriftway
>Apartment 112
>Vista, CA 92056-5203
>
>Ocean Hills Realty
>Attn: Fred L. Ostergaard, Owner
>1920 Shadowridge Dr., Ste 102
>Vista, CA 92081

|  |  |
|---|---|
| | s/Elizabeth L. Collins |
| By: | Elizabeth L. Collins, Bar No. 487864 |
| | Attorney for the Plaintiff |
| | United States Attorney's Office |
| | 318 S. 6th Street |
| | Springfield, IL 62701 |
| | Phone: 217-492-4450 |
| | Fax: 217-492-4580 |
| | E-mail: Beth.Collins@usdoj.gov |