E-FILED
Thursday, 19 April, 2007   09:25:30 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 98-10048-001 |
| | ) | |
| DEBORAH ROBINSON, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| OCEAN HILLS REALTY, | ) | |
| | ) | |
| Garnishee. | ) | |

## CERTIFICATE OF SERVICE

The Writ of Continuing Earnings Garnishment and the following Documents were served upon the Garnishee by Certified Mail No. 7002 0460 0002 1843 5408 on April 5, 2007:

1. Clerk's Notice of Post Judgment Garnishment.

2. Instructions to Garnishee (including Answer)

3. Instructions to Defendant.

4. Application for Writ (including Memorandum).

5. Order of Writ.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

DATED: April 19, 2007

By:   s/Elizabeth L. Collins
Elizabeth L. Collins, Bar No. 487864
Attorney for the Plaintiff
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4580
E-mail: Beth.Collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **CERTIFICATE OF SERVICE**, has been placed in the United States mail addressed to:

        Deborah Robinson
        3504 Windriftway
        Apartment 112
        Vista, CA 92056-5203

        Ocean Hills Realty
        Attn: Fred L. Ostergaard, Owner
        1920 Shadowridge Dr., Ste 102
        Vista, CA 92081

DATED: April 19, 2007

                s/Elizabeth L. Collins
By:    Elizabeth L. Collins, Bar No. 487864
        Attorney for the Plaintiff
        United States Attorney's Office
        318 S. 6th Street
        Springfield, Illinois 62701
        Tel: 217-492-4450
        Fax: 217-492-4580
        E-mail: Beth.Collins@usdoj.gov