

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
    v.                       )   NO. 98-10048-001
                             )
DEBORAH ROBINSON,            )
                             )
            Defendant,       )
                             )
OCEAN HILLS REALTY,          )
                             )
            Garnishee.       )

## ANSWER OF THE GARNISHEE

1.  **IF GARNISHEE IS AN INDIVIDUAL:**

    That he/she is Garnishee herein doing business in the name of _____

    _____.

    **IF GARNISHEE IS A PARTNERSHIP:**

    That he/she is a member of a partnership in the name of _____

    _____.

    **IF GARNISHEE IS A CORPORATION:**

    That he/she is the (State Official Title) _INDEPENDANT CONTRACTOR Manager_ of Garnishee, a corporation organized under the laws of the State of _CALIFORNIA_.

2.  The address of the Garnishee is _1920 SHADOWRIDGE DR. # 102 VISTA, CA 92081_.

3.  The Garnishee was served with the Writ of Continuing Garnishment on _4/19/07_ (Date).

4. For the pay period in effect on this date of service:

   A. The garnishee owes or will owe the defendant compensation for personal services whether denominated as wages, salary, commission, bonus or otherwise and includes periodic payments pursuant to a pension or retirement programs.    __ Yes  X No

If yes, indicate type of compensation owed.

   B. Indicate the payment periods: __ weekly, __ bi-weekly, __ semi-monthly, __ monthly.

   C. State when the present payment period began: _____(Date) and ends _____(Date).

   (The present pay period is the pay period in which this Order and Notice of Garnishment were served)

   D. Enter the total amount of payment due and Calculate below:

      (1) Total Payment                $_____

      (2) Federal income tax           $_____

      (3) F.I.C.A.                     $_____

      (4) State income tax             $_____

      (5) Other required and specify   $_____

      Total of required withholdings   $_____

      Disposable earnings              $_____

5. Are there any previous garnishments in effect:

   __ Yes  X No

   If the answers is yes, describe the type of garnishment, amount and when it finalizes:

_____

_____

_____

6. Garnishee anticipates owing to the judgment debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

7. If you deny that you hold property subject to this order of garnishment, or assert an exemption or set-off, check the applicable line below and state the specifics.

___ The Garnishee makes the following claim of exemption on the part of defendant: ___

_____

___ The Garnishee has the following objections, defenses, set-offs to Plaintiff's right to apply Garnishee's indebtedness to defendant upon Plaintiff's claim:

_____

✓ The Garnishee is not indebted or under liability to the defendant to pay any compensation; the Garnishee did not have in his/her possession or control any property belonging to the defendant, or in which the Garnishee has an interest; and the Garnishee is in no manner liable as Garnishee in this action.

DEBORAH ROBINSON is a licensed Real Estate Salesperson, and

<u>an independant contractor affiliated with</u>
<u>our brokerage. She joined our brokerage on Sept. 23rd, 2006.</u>
<u>As of today, 4/26/2007, she has not represented anyone in a real</u>
<u>estate transaction, and has not produced income for herself through our company.</u>

6. Garnishee anticipates owing to the judgment debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

7. If you deny that you hold property subject to this order of garnishment, or assert an exemption or set-off, check the applicable line below and state the specifics.

___ The Garnishee makes the following claim of exemption on the part of defendant: ___

_____

___ The Garnishee has the following objections, defenses, set-offs to Plaintiff's right to apply Garnishee's indebtedness to defendant upon Plaintiff's claim:

_____

___

✓ The Garnishee is not indebted or under liability to the defendant to pay any compensation; the Garnishee did not have in his/her possession or control any property belonging

to the defendant, or in which the Garnishee has an interest; and the Garnishee is in no manner liable as Garnishee in this action.

OCEAN HILLS REALTY HAS PAID NO MONEY TO DEBORAH ROBINSON.
OCEAN HILLS REALTY DOES NOT PAY WAGES OR A SALARY TO HER.
WE CAN ONLY WITHHOLD IF SHE COMPLETES A REAL ESTATE TRANSACTION THAT PRODUCES A COMMISSION FOR OUR COMPANY.

8. On 4/26/07, the Garnishee mailed a copy of this answer by first-class mail to:

(a) Original to:    Clerk, U. S. District Court
                    100 N. E. Monroe, Rm 309
                    Peoria, Illinois 61602

(b) Debtor Name:    Deborah Robinson
            at:     3504 Windriftway
                    Apartment 112
                    Vista, CA 92056-5203

(c) the Attorney for the United States:
                    U. S. Attorneys Office
                    Financial Litigation Unit
                    318 S. 6th Street
                    Springfield, Illinois 62701

9. I declare under penalty of perjury that the above answers are true and correct. 28 U.S.C. § 1746.

*Christian Ostergaard* - Manager
Signature & Title
CHRISTIAN F. OSTERGAARD - MANAGER
(Printed Name & Title)
1920 SHADOWRIDGE DR., #102
Address
VISTA, CA 92081
760-598-3800
Telephone
760-727-7071
Fax Number
MANAGER
Relationship
(i.e. President, Treasurer, Payroll Clerk, etc.)