E-FILED
Wednesday, 02 May, 2007 11:45:02 AM
Clerk, U.S. District Court, ILCD

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | COURT CASE NUMBER: 98-10048-001 |
| DEFENDANT: DEBORAH ROBINSON | TYPE OF PROCESS: WRIT OF GARNISHMENT WITH ATTACHMENTS |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
OCEAN HILLS REALTY   ATTN: FRED L. OSTERGAARD, OWNER Or Christian Ostergaard, President
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1920 Shadowridge Dr., Ste 102, Vista, CA 92081   760-598-3800

FILED
MAY - 2 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

United States Attorney's Office
Financial Litigation Unit/MAB
318 S. 6th Street
Springfield, Illinois 62701

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.: 

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

DEBT COLLECTION CASE

SEE ATTACHMENT FOR FURTHER INFO FOR SERVICE

PLEASE CALL: Mary Ann Blair
FOR FURTHER Financial Litigation Unit
ASSISTANCE    217-492-4450

Signature of Attorney or other Originator requesting service on behalf of:
AUSA Elizabeth L. Collins
[X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 217-492-4450
DATE: April 6, 2007

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk: Sanders | Date: 4-9-7 |
|---|---|---|---|---|---|

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
CHRISTIAN OSTERGAARD - REALTOR

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
1920 SHADOWBRIDGE RD.

Date of Service: 04/20/07
Time: 11:05 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 4/12/07 - Rec'd in SICA

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)