E-FILED
Monday, 04 June, 2007   01:24:05 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 98-10048-001 |
| DEBORAH ROBINSON, | ) |
| Defendant, | ) |
| OCEAN HILLS REALTY, | ) |
| Garnishee. | ) |

**MOTION FOR TURNOVER ORDER**

The United States moves for an order directing **OCEAN HILLS REALTY** to turn over to the Clerk of the U.S. District Court, Attention: Finance Department, 100 N.E. Monroe Street, Room 309, Peoria, IL 61602, all the funds withheld from the defendant's non-exempt disposable earnings being 25% of the weekly disposable earnings each week or the amount by which the disposable earnings exceeds 30 times the federal minimum hourly wage which ever is less, and which the garnishee is now, or may in the future, become indebted to the defendant for payment on the monetary debts of **DEBORAH ROBINSON** owed in this case and states as grounds the following.

   1.  A Writ of Earnings Garnishment (Doc No. 31), directed to Garnishee, has been duly issued and served upon the Garnishee and the Defendant;

    2.  Pursuant to the Writ of Earnings Garnishment, the Garnishee filed an Answer on April 30, 2007 (Doc No. 36), stating that he did not at that time have in his possession or under his control personal property belonging to and due Defendant, but that Robinson is an independent contractor affiliated with its brokerage.

-2-

.

3. Therefore, the United States requests that the garnishee be ordered to withhold and pay over 25% of net disposable earnings when Defendant has any such earnings.

4. The Defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property.

                Respectfully submitted,

                RODGER A. HEATON
                UNITED STATES ATTORNEY

June 4, 2007

                s/Elizabeth L. Collins
                Elizabeth L. Collins, Bar No. 487864
                Attorney for the Plaintiff
                United States Attorney's Office
                318 S. 6th Street
                Springfield, Illinois 62701
                Tel: 217-492-4450
                Fax: 217-492-4888 or 492-4580
                E-mail: Beth.Collins@usdoj.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 98-10048-001 |
| | ) |
| DEBORAH ROBINSON, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| OCEAN HILLS REALTY, | ) |
| | ) |
| Garnishee. | ) |

**TURNOVER ORDER FOR EARNINGS**

The Court finds that a Writ of Earnings Garnishment has been duly issued and served upon the Garnishee and the Defendant; pursuant to the Writ of Earnings Garnishment, the Garnishee filed an Answer on April 30, 2007 (Doc No. 36), stating that at the time of the service of the Writ he did not have his possession or under his control personal property belonging to and due Defendant, and the Defendant was notified of her right to a hearing and has not requested a hearing.

**WHEREFORE, IT IS ORDERED** that Garnishee:

(1) at such time it has in its possession or under his control personal property belonging to an due Defendant, pay to the United States the defendant's non exempt interest in wages, salary, commissions or bonuses to the **"Clerk, United States District Court",** referencing the Court No. 98-10048-001 on the payment, and

-2-

mail it to the **Clerk, United States District Court, Attn: Finance Department, 100 N.E. Monroe, Rm 309, Peoria, Illinois 61602**.


ENTERED: _____.


_____
JOE B. MCDADE
UNITED STATES DISTRICT JUDGE

-3-

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION FOR TURNOVER ORDER, AND PROPOSED ORDER** have been placed in the United States mail addressed to:

        Deborah Robinson
        3504 Windriftway, Apt. 112
        Vista, CA 92056-5203

        Ocean Hills Realty
        Attn: Fred L. Ostergaard, Owner
        1920 Shadowridge Dr., Ste 102
        Vista, CA 92081

June 4, 2007

        s/Elizabeth L. Collins
        Elizabeth L. Collins, Bar No. 487864
        Attorney for the Plaintiff
        United States Attorney's Office
        318 S. 6th Street
        Springfield, Illinois 62701
        Tel: 217-492-4450
        Fax: 217-492-4888 or 492-4580
        E-mail: Beth.Collins@usdoj.gov