E-FILED
Monday, 04 June, 2007  01:27:01 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 98-10048-001 |
| | ) | |
| DEBORAH ROBINSON, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| OCEAN HILLS REALTY, | ) | |
| | ) | |
| Garnishee. | ) | |

## MEMORANDUM OF LAW IN SUPPORT OF
## MOTION FOR TURNOVER ORDER

This garnishment proceeding was brought pursuant to the Federal Debt Collection Procedures Act (FDCPA), 28 U.S.C. §3001 et. seq. (hereinafter cited by section number only) to enforce collection of a criminal restitution order.

1. The balance of the criminal restitution debt owed as of May 31, 2007, is $77,499.05 ($55,275.31 principal and $22,223.74 interest) which includes 4.616% interest accrued through May 31, 2007.

2. The United States Attorney, by delegation of the Attorney General, has the responsibility to enforce collection of criminal restitution orders. 18 U.S.C. § 3612(c).

3. Pursuant to the Court's Order (Doc. 30), a Writ of Garnishment was issued (Doc. 31) and served on Garnishee (Doc. 35).

4. Robinson was advised of her right to a hearing by the Clerk's Notice. (Doc.32)

5. On April 30, 2007, the Garnishee filed an Answer (Doc. 36) stating the Garnishee at this time is not holding any compensation due the Defendant Deborah Robinson, but that Robinson is an independent contractor affiliated with its brokerage.

6. Garnishable earnings includes compensation payable to an independent contractor as commissions in that "earnings" is defined broadly as "compensation paid or payable for personal services, whether denominated as wages, salary, commission, bonus, or otherwise. ." 28 U.S.C. §3002(5).

7. Neither the Defendant, nor the Garnishee, filed a request for a hearing.

8. The FDCPA provides that after a Garnishee files an Answer, and if no hearing is requested within 20 days after receipt of the Answer, the court shall promptly enter an Order directing the garnishee as to the disposition of the judgment debtor's non-exempt interest in such property. 28 U.S.C. § 3205(c)(5) & (7).

9. In accordance with § 3002(9) of the FDCPA and § 303 of the Consumer Credit Protection Act (15 U.S.C. §1673), the government is requesting that the garnishee withhold when the Defendant has any earnings; the nonexempt disposable earnings being the lesser of 25% of the defendant's disposable earnings or the amount by which the weekly disposable earnings exceed 30 times the federal minimum wage.

10. The payments by the garnishee should be made to and through the Clerk of the U.S. District Court, 100 N.E. Monroe, Rm 309, Peoria, IL 61602, in accordance with 18 U.S.C. § 3611.

Respectfully submitted,

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**

By:    s/Elizabeth L. Collins
       Elizabeth L. Collins, Bar No. 487864
       Attorney for Plaintiff
       318 S. 6th Street
       Springfield, Illinois 62701
       Telephone: 217-492-4450
       Fax: 217-492-4888 or 492-4580
       E-mail: Beth.Collins@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the Memorandum of Law to:

>Deborah Robinson
>3504 Windriftway, Apt. 112
>Vista, CA 92056-5203
>
>Ocean Hills Realty
>Attn: Fred L. Ostergaard, Owner
>1920 Shadowridge Dr., Ste 102
>Vista, CA 92081

Date: June 4, 2007

>s/Elizabeth L. Collins
>Elizabeth L. Collins, Bar No. 487864
>Attorney for Plaintiff
>United States Attorney' Office
>318 S. 6th Street
>Springfield, Illinois 62701
>Telephone: 217-492-4450
>Fax: 217-492-4888 or 492-4580
>E-mail: Beth.Collins@usdoj.gov