E-FILED
Tuesday, 05 June, 2007 03:48:09 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

**FILED**
JUN 4 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 98-10048-001 |
| DEBORAH ROBINSON, | ) |
| Defendant, | ) |
| OCEAN HILLS REALTY, | ) |
| Garnishee. | ) |

### TURNOVER ORDER FOR EARNINGS

The Court finds that a Writ of Earnings Garnishment has been duly issued and served upon the Garnishee and the Defendant; pursuant to the Writ of Earnings Garnishment, the Garnishee filed an Answer on April 30, 2007 (Doc No. 36), stating that at the time of the service of the Writ he did not have his possession or under his control personal property belonging to and due Defendant, and the Defendant was notified of her right to a hearing and has not requested a hearing.

**WHEREFORE, IT IS ORDERED** that Garnishee:

(1) at such time it has in its possession or under his control personal property belonging to an due Defendant, pay to the United States the defendant's non exempt interest in wages, salary, commissions or bonuses to the **"Clerk, United States District Court"**, referencing the Court No. 98-10048-001 on the payment, and

-2-

mail it to the **Clerk, United States District Court, Attn: Finance Department, 100 N.E. Monroe, Rm 309, Peoria, Illinois 61602**.

ENTERED: 6/4/2007

s/Joe B. McDade
_____
JOE B. MCDADE
UNITED STATES DISTRICT JUDGE

1:98-cr-10048-JBM    # 40    Page 2 of 2